0IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Susan Prose**

| | |
|---|---|
| Civil Action No: 1:25-01213-NYW-SBP | Date: August 12, 2025 |
| *Consolidated with Civil Action No. 25-cv-01615-NYW-SBP* | |
| Courtroom Deputy: Stef Jeffries | FTR: Courtroom A502 |

| *Parties:* | *Counsel:* |
|---|---|
| MARK TCHERKEZIAN ET AL, | Mark Greco |
| | Mandeep Minhas |
| Plaintiff, | Rusty Glenn |
| v. | |
| IBOTTA, INC. ET AL, | Michael Bongiorno |
| | Charle Bridge |
| | Cliff Striklin |
| | Mark Kirsch |
| Defendants. | |

**COURTROOM MINUTES**

**TELEPHONIC STATUS CONFERENCE**

**3:22 p.m.**     **Court in session.**

The Court calls the case. Appearances of counsel.

This matter is before the Court regarding the status of the case.

Discussion is held regarding the parties' joint statements, filed at ECF Nos. 34 and 35.

For the reasons stated on the record, it is

**ORDERED:**  In accordance with the parties' request, the court sets the following deadlines in this case:

>  Consolidated Amended Complaint due:  **October 15, 2025**
>  Motion to Dismiss due:  **December 15, 2025**

Responses to Motion to Dismiss:  **February 13, 2026**
Reply Briefs:  **March 30, 2026**

**3:32 p.m.**        **Court in recess.**

Hearing concluded.
Total in-court time: 10 minutes

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.