**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-01213-NYW-SBP

MARK TCHERKEZIAN, Lead Plaintiff, and
MATT FORTUNE, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

IBOTTA, INC.,
BRYAN LEACH,
SUNIT PATEL,
STEPHEN BAILEY,
AMANDA BALDWIN,
AMIT N. DOSHI,
THOMAS LEHRMAN,
VALARIE SHEPPARD,
LARRY W. SONSINI,
GOLDMAN SACHS & CO. LLC,
CITIGROUP GLOBAL MARKETS INC.,
BOFA SECURITIES, INC.,
EVERCORE GROUP L.L.C.,
UBS SECURITIES LLC,
WELLS FARGO SECURITIES, LLC,
CITIZENS JMP SECURITIES, LLC,
NEEDHAM & COMPANY, LLC, and
RAYMOND JAMES & ASSOCIATES, INC.,

Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Minute Order entered by United States District Judge Nina Y. Wang on September 11, 2026 [Doc. 58], it is

ORDERED that final judgment is hereby entered in favor of the Defendants and against Plaintiffs. It is further

ORDERED that the Defendants shall have their costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1. It is further

ORDERED that this case and the companion case 1:25-cv-01615-NYW-SBP are terminated.

Dated at Denver, Colorado this 11th day of September 2026.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:______________________________
H. Guerra, Deputy Clerk